# IntelleCtuLaw

## The Law Offices Of P.B. Tufariello, P.C.

P. B. Tufariello
pbtufariello@intellectulaw.com

25 Little Harbor Rd., Mount Sinai, New York 11766
Telephone (631) 476-8734 Fax (631) 476-8737

Specializing In Patents, Trademarks, Copyrights, And All Matters Related Thereto

Tuesday, October 8, 2024

<u>VIA ECF</u>

Hon. Steven I. Locke
United States District Magistrate Judge, E.D.N.Y.
100 Federal Plaza, Courtroom 820
Central Islip, New York 11722

      Re:    EXHIBITION HUB US HOLDING LLC.,
                v. VINCENT VAN GOGH CAFE LLC
                Case Number: 2:24-cv-0988(GRB)(SIL)
                Our File No.: 7360-4

Your Honor:

    In the abovementioned matter, we represent Defendant VINCENT VAN GOGH CAFE LLC ("Defendant").

    On October 8, 2024, the parties met and conferred. The parties discussed the Court's September 23, 2024, conference, from which the Defendant's undersigned counsel was unintentionally absent, which, as we embarrassingly and regretfully explained to the Court during our call into the court, was due to a scheduling snafu. We apologize(d) to Plaintiff's counsel and take this opportunity to also apologize to the Court. We meant no disrespect to either the Court or our adversary counsel, Mr. Reuber.

    Further, per the Court's Order, the parties jointly prepared an amended discovery schedule as follows:

| <u>Event</u> | <u>Date/Deadline</u> |
|---|---|
| Motions to join new parties or amend pleadings (unless based on new information obtained in discovery) | October 31, 2024 |
| Completion of fact depositions | January 10, 2025 |
| Completion of fact discovery | January 10, 2025 |
| Rule 26 disclosures for case-in-chief experts | January 31, 2025 |

INTELLECTULAW
THE LAW OFFICES OF P.B. TUFARIELLO, P.C.

Hon. Stephen I. Locke
CASE NUMBER: 2:24-cv-0988
10/8/2024
Page 2

| Rule 26 disclosures for rebuttal experts | February 28, 2025 |
| --- | --- |
| Completion of expert discovery | March 31, 2025 |
| Filing of dispositive motions | May 15, 2025 |
| Pretrial conference in courtroom 820 | |

    The parties have left the pretrial conference date in courtroom 820 blank. The court has scheduled such conference for March 11, 2025, at 10:30 a.m., and a proposed Joint Pre-trial Order to be electronically filed on March 8, 2025. Considering the parties' proposed amended discovery schedule ending on May 15, 2025, the parties respectfully and jointly move the Court to continue the Pretrial conference date, to a date and time after the filing of the parties' Dispositive Motions on May 15, 2025.

    We appreciate the Court's patience, courtesies, and understanding.

                                  Respectfully Submitted,

*s/Cameron Reuber/s*                      *s/Panagiota Betty Tufariello/s*

_____                          _____

Cameron Reuber                          Panagiota Betty Tufariello

Counsel for Plaintiffs                        Counsel for Defendant

PBT: dt

INTELLECTULAW
THE LAW OFFICES OF P.B. TUFARIELLO, P.C.

Hon. Stephen I. Locke
CASE NUMBER: 2:24-cv-0988
10/8/2024
Page 3

## CERTIFICATE OF SERVICE

     I, Panagiota Betty Tufariello, hereby certify that on Tuesday, October 8, 2024, I caused a true and correct copy of the foregoing Letter to the Honorable U.S. Magistrate Judge Locke to be filed and served via the Court's ECF system on all parties registered to receive notice and on the parties listed above in the manner indicated.

                                              _____
                                              Panagiota Betty Tufariello, Esq.
                                              Intellectulaw
                                              The Law Offices of P.B. Tufariello, P.C.
                                              25 Little Harbor Road
                                              Mount Sinai, NY 11766
                                              Tel: (631) 476-8734
                                              Fax: (203) 476-8737
                                              pbtufariello@intellectulaw.com
                                              *Attorneys for the Defendant*