| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>              U.S. MAGISTRATE JUDGE | DATE:  6/12/25<br>TIME:   11:15 am |

CASE:  CV 24-988(GRB) Exhibition Hub US Holding LLC v. Vincent Van Gogh Cafe, LLC

TYPE OF CONFERENCE:   STATUS            FTR: 11:11-11:21

APPEARANCES:
           For Plaintiff:   Cameron Reuber

           For Defendant: Panagiota Tufariello

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☒   Order: Oral argument held.  Plaintiff's motion concerning settlement, DE [20], is denied.  All document discovery responses will be served on June 30, 2025.  All depositions will be completed by September 19, 2025.  Case-in-chief expert disclosures will be served on September 19, 2025.  Rebuttal expert disclosures will be served on October 24, 2025.  Summary judgment motion practice will be commenced on November 11, 2025.  Next status conference:  November 11, 2025 at 10:00 am.  If summary judgment motion practice has commenced the parties may request that the status conference be canceled.

      NONE OF THESE DEADLINES WILL BE EXTENDED FOR ANY REASON.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

           11/11/25 at 10:00 am                : Status conference


                                        SO ORDERED

                                         /s/Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge