UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXHIBITION HUB US HOLDING LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>VINCENT VAN GOGH CAFE, LLC,<br><br>*Defendant.* | Civil Action No.: 2:24-cv-00988-GRB-SIL<br><br>**STIPULATION OF DISMISSMAL** |

The parties hereby stipulate and agree that this action, including all claims and counterclaims asserted by either party (Dkts. 1, 10), are voluntarily dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs in connection with the foregoing dismissed claims and counterclaims.

Dated: July 22, 2025

**LEASON ELLIS LLP**

*/s/ Cameron Reuber*

Cameron S. Reuber
Tatsuya Adachi
One Barker Avenue
White Plains, New York 10601
Tel.: (914) 288-0022
reuber@leasonellis.com
adachi@leasonellis.com
lelitdocketing@leasonellis.com

*Attorneys for Plaintiff Exhibition Hub US Holding LLC*

**THE LAW OFFICES OF P.B. TUFARIELLO, P.C.**

*/s/ Panagiota Betty Tufariello*

Panagiota Betty Tufariello
25 Little Harbor Road
Mount Sinai, New York 11766
Tel: (631) 476-8734
pbtufariello@intellectulaw.com

*Attorneys for Defendant Vincent Van Gogh Café, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2025, I caused to be filed a true and accurate copy of the foregoing document via the Court's electronic filing system, which will send electronic notification of such filing to all counsel of record.

_____
Cameron S. Reuber